LAW OFFICE OF K.C. MAXWELL
K.C. MAXWELL (214701) (kcm@kcmaxlaw.com)
JENNIFER M. FRENCH (265422) (jf@kcmaxlaw.com)
235 Montgomery Street, Suite 1070
San Diego, CA 92121
Telephone: (415) 322-8817
Facsimile: (415) 888-2372

Attorneys for Defendant
TYLER MCCLURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER MCCLURE, et al.,<br><br>Defendant. | Case No. CR 11-00942-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Judge: Hon. William Alsup<br>Place: Courtroom 8, 19th Floor |

| | | |
|---|---|---|
| 1 | **STIPULATION** | |

The undersigned parties respectfully request that the status hearing currently scheduled for November 13, 2012 be continued to November 20, 2012, if the Court is available, and that time be excluded under the Speedy Trial Act until the new date. As the Court is aware, the government has produced voluminous discovery in this matter, including over 45,000 single-page tiff documents. The parties respectfully submit that a continuance until November 20, 2012 is necessary in order to allow Mr. McClure's counsel time to review the voluminous and complex discovery. In addition, as a result of office closures caused by Hurricane Sandy, Mr. McClure's counsel must both travel to Washington, D.C. for a rescheduled meeting with the Antitrust Division from November 12th through November 14th. The parties also request an exclusion of time under the Speedy Trial Act from November 13, 2012 through November 20, 2012. The parties agree that the exclusion of time is appropriate based on the defendant's need for effective representation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED**:

Dated: October 31, 2012  	LAW OFFICE OF K.C. MAXWELL

　

*/s/ Jennifer M. French*
JENNIFER M. FRENCH
Attorneys for Defendant TYLER MCCLURE


U.S. DEPARTMENT OF JUSTICE


*/s/ W.S. Wilson Leung*
W.S. WILSON LEUNG
Attorneys for the United States


**FILER'S ATTESTATION**

*Filer's Attestation: Pursuant to General Order No. 45, section X(B) regarding signatures, Jennifer M. French hereby attests that concurrence in the filing of this document has been obtained.*

1.  	CASE NO. CR 11-00942-WHA

STIPULATION & [PROPOSED] ORDER CONTINUING STATUS HEARING & EXCLUDING TIME

# [~~PROPOSED~~] ORDER

Accordingly, for good cause shown, the Court **HEREBY ORDERS** that the status hearing scheduled for November 13, 2012 is continued to November 20, 2012.

The Court **FURTHER ORDERS** that time be excluded under the Speedy Trial Act from November 13, 2012 to November 20, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance.

**IT IS SO ORDERED**:

Dated: November 6, 2012.



THE HONORABLE WILLIAM ALSUP
United States District Judge

2.  CASE NO. CR 11-00942-WHA

STIPULATION & [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING & EXCLUDING TIME