RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711
pollockesq@aol.com

Attorney for Defendant
KEVIN DERRICOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

–oOo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 11-0942-WHA |
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING |
| KEVIN DERRICOTT, et al, | |
| Defendants. | |

    Defendant Kevin Derricott, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Wilson Leung, hereby stipulate and agree to continue the sentencing presently set for May 28, 2013, to June 11, 2013. This extension is at the request of defense counsel who will be out of the state from May 22-May 28, 2013 and unable to comply with sentencing filing deadline dates.

///

///

///

Probation Officer Charlie Mabie has no objection to this extension.

Dated: April 28, 2013

_____/s/_____
RANDY SUE POLLOCK
Attorney for Defendant
KEVIN DERRICOTT

Date: April 28, 2013

_____/s/_____
WILSON LEUNG
Assistant United States Attorney

SO ORDERED:

Dated: April 29, 2013

_____
WILLIAM ALSUP
United States District Court Judge