1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    KATHRYN R. HAUN (DCBN 484131)
     W.S. WILSON LEUNG  (CABN 190939)
5    Assistant United States Attorneys

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
7       Telephone: (415) 436-6758
        Fax: (415) 436-6753
8       E-Mail: wilson.leung@usdoj.gov

9    Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )      No. 11-CR-0942-WHA
15                                      )
                                        )
16       v.                             )
                                        )      STIPULATION AND [PROPOSED]
17                                      )      ORDER
     TYLER MCCLURE,                     )
18                                      )
         Defendant.                     )
19                                      )
     _____)
20

21         The parties respectfully submit this Stipulation and Proposed Order to request that the

22   May 21, 2013 sentencing in above-captioned matter be continued for one week, until May 28,

23   2013 at 2 pm, if the Court is amenable.  The parties hereby stipulate to the following:

24         1.      The defendant pleaded guilty without any sort of agreement with the Government

25   to one count of conspiring to operate a place for the manufacture of marijuana, in violation of

26   Title 21, United States Code, Section 846.

27         2.      The parties have a dispute regarding the quantity of marijuana that should be

28   attributed to the defendant.

1    3.    Accordingly, the parties respectfully seek an additional week in order to confer

2    further regarding their dispute and, if no resolution is reached, to prepare their respective

3    sentencing memoranda to the Court.

4         SO STIPULATED.

5

6                                                    MELINDA HAAG
                                                     United States Attorney

7

8    Dated: May 13, 2013               By:  _____/s/_____
                                                     W.S. WILSON LEUNG
                                                     Assistant United States Attorney

9

10   Dated: May 13, 2013                    _____/s/_____
                                                     K.C. MAXWELL, ESQ.
11                                                   Attorney for Defendant Tyler McClure

12

13        SO ORDERED.

14        Dated: May 13, 2013

15                                                   HON. WILLIAM ALSUP
                                                     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28