MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-6758
email: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 11-00942-WHA |
| ) | |
| v. ) | STIPULATED PROTECTIVE ORDER |
| ) | |
| TYLER MCCLURE, ) | |
| ) | |
| Defendant. ) | |

The United States, through its counsel of record ("the Government"), and defendant Tyler McClure, by and through his counsel, K.C. Maxwell, Esq., and Jennifer French, Esq., hereby agree and stipulate that the Government will provide material (the "Protected Material") on the following conditions set forth below.

Protected Material is for the review of counsel of record only and no other person. Counsel of record acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons, including the defendant. Counsel of record further acknowledge that they are prohibited from using the Protected Material for any purpose other than litigating any sentencing

STIPULATED PROTECTIVE ORDER
[CR 11-00942-WHA]

issue in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order.

SO STIPULATED.

DATED: June 4, 2013

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: June 4, 2013

/s/
K.C. MAXWELL, ESQ.
JENNIFER FRENCH, ESQ.
Attorneys for TYLER MCCLURE

SO ORDERED.

DATED: June _4_, 2013

HON. WILLIAM ALSUP
United States District Judge

STIPULATED PROTECTIVE ORDER
[CR 11-00942-WHA]