IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00942 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S MOTION TO STRIKE OR TO COMPEL** |
| TYLER McCLURE, | |
| Defendant. / | |

The hearing scheduled for tomorrow will go forward as scheduled, without prejudice to the possibility that, after hearing the evidence, the Court may grant a short continuance to allow defense counsel to regroup.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE